IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CAPITAL CONCEPTS, INC. dba
bCreative, Inc.

       Plaintiff,

v.                              CIVIL ACTION NO. 3:11-cv-00036

THE MOUNTAIN CORPORATION

and

MOUNTAIN RETAIL, LLC

       Defendants.

## CONSENT MOTION FOR PROTECTIVE ORDER

The parties, Plaintiff Capital Concepts, Inc. dba bCreative, Inc. ("bCreative"), and Defendants The Mountain Corporation and Mountain Retail, LLC (collectively "Mountain"), by counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, respectfully move the Court for entry of a Protective Order and state as follows:

1.     The parties anticipate that they may produce information in this action that they consider confidential, proprietary or trade secrets. They seek entry of a Protective Order to expedite the litigation, minimize any disputes over confidentiality and to adequately protect material the parties are willing to voluntarily produce but are entitled to keep confidential.

2.     To facilitate these goals, the parties have attached as Exhibit A to this Joint Motion a Stipulation for Protective Order. The Stipulation has been endorsed by counsel for both bCreative and Mountain.

3. The parties agree to comply with the requirements of Western District of Virginia Local Rule 9 with respect to any party's request to file documents under seal with the Court.

WHEREFORE, the parties respectfully request that this Court enter the Stipulation for Protective Order attached hereto as <u>Exhibit A</u>.

Respectfully submitted this 27th day of October 2011.

                                                      CAPITAL CONCEPTS, INC.
                                                    By Counsel

                                                    THE MOUNTAIN CORPORATION
                                                    MOUNTAIN RETAIL, LLC
                                                    By Counsel

   /s/ Daniel J. Bourque_____
DANIEL J. BOURQUE (NH # 7865)
Bourque & Associates, PA
835 Hanover Street, Suite 301
Manchester, NH 03104
Counsel for Defendants

ARNOLD ROSENBLATT (NH #2879)
Cook, Little, Rosenblatt & Manson, PLLC
1000 Elm Street
Manchester, NH 03101
Co-Counsel for Defendants

BRYAN D. WRIGHT (VSB # 43773)
Williams Mullen, PC
321 E. Main Street, Suite 400
Charlottesville, VA 22902
Local Counsel for Defendants


/s/ Patrick Asplin_____
PATRICK C. ASPLIN (VSB #46620)
Lenhart Obenshain PC
100 10th Street NE, Suite 300
Charlottesville, Virginia 22902
434-220-6105 (Phone)
434-220-6102 (Fax)
Counsel for the Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2001, I electronically filed the foregoing *Consent Motion for Protective Order* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bryan D. Wright, Esquire
Williams Mullen, PC
321 E. Main Street, Suite 400
Charlottesville, VA 22902
bwright@williamsmullen.com
Co-Counsel for Defendants

Arnold Rosenblatt, Esquire
Cook, Little, Rosenblatt & Manson, PLLC
1000 Elm Street
Manchester, NH 03101
a.rosenblatt@clrm.com
Counsel for Defendants

Daniel J. Borque, Esquire
Borque & Associates, Inc.
835 Hanover street, Suite 301
Manchester, NH 03104
dbourque@nhpatlaw.com
Co-Counsel for Defendants

/s/ Patrick C. Asplin
Counsel for Plaintiff

00300923